UNITED STATES v. MILLER BROS. HAT CO., INC.

**No. 5736**—Invoice dated Kobe, Japan, July 13, 1940.
Entered at New York, N. Y., August 15, 1940.
Entry No. 707932.

(Decided October 19, 1942)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
*Puckhafer, Rode & Rode* (*Howard C. Carter* of counsel) for the defendant.

TILSON, Judge: In this appeal counsel for the respective parties have agreed as to certain items of the merchandise that the proper dutiable value thereof is $2.28 per dozen, c. i. f., packing included. I therefore find and hold that the proper dutiable value of the merchandise invoiced as "53½ doz II qual. 'Hempa' Bangkok Paper Hats, 3½ bu with cell. assorted sizes, Grey, untrimmed and not blocked," and "14 doz II·qual. 'Hempa' Bangkok Paper Hats, 3½ bu with cell. assorted sizes, Cocoa, untrimmed and not blocked" to be $2.28 per dozen, c. i. f., packing included. Judgment will be rendered accordingly.